CV 00-188 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of February 1. 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: October 3, 2000.

FILED OCT 03 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

| | | |
|---|---|---|
| 1. | United States of America | Mary Bielefeld |
| | vs CV 3-96-335 RHK/FLN<br>JURY | |
| | Mary E. Taylor | Neal Shapiro<br>612-546-1200 |
| | Francis J. Taylor | Francis Taylor<br>214-904-8034 |
| 2. | Robert P. Rierson | Nancy Miller<br>612-333-5831 |
| | vs C V 99-1182 RHK/JMM<br>JURY | |
| | CDI Telecommunications Inc. | Martin Garden<br>612-338-2714 |
| 3. | Robert D. Furst Jr.<br>etal | William Tipping<br>Robert Bennett<br>Timothy Schupp<br>612-333-3839 |
| | vs CV 99-1438 RHK/JMM<br>JURY | |
| | Jean Stiegemeier<br>etal | Curtis Smith<br>612-347-0300<br><br>Lawrence Field<br>Todd Noteboom<br>612-335-1500 |

| | | |
|---|---|---|
| 4. | Tile By Design | Robert Lafleur<br>Mylene Peterson<br>612-339-7300 |
| | vs CV 99-1520 RHK/JMM<br>COURT | |
| | Caesar Ceramics USA Inc. | Michael Kelly JR.<br>612-336-3000 |
| 5. | Pollack Landstrom Associates | Frank Berman<br>Julia O'Brien<br>612-340-1700 |
| | vs CV 00-123 RHK/JMM<br>COURT | Scott Harris<br>612-677-7600 |
| | Labtec Corporation | Dale Wagner<br>612-333-3000 |
| 6. | Tanisha Jones<br>etal | Bruce Reese-Rivers<br>612-332-3939 |
| | vs CV 00-137 RHK/JMM<br>JURY | |
| | City of Minneapolis etal | R. Scott Reeves<br>612-673-2010 |

| | | |
|---|---|---|
| 7. | Carpenters & Joiners Welfare Fund etal | Pamela Nissen<br>612-338-2525 |
| | vs CV 00-188 RHK/SRN<br>COURT | |
| | Lon Musolf Flooring Co. | David Schoenecker<br>612-827-6619 |