**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARPENTERS & JOINERS WELFARE
FUND ETAL

Plaintiff,

vs. CV 00-188 RHK/SRN

LON MUSOLF FLOORING CO,.

Defendant.

**NOTICE OF COURT TRIAL**

A Court Trial is scheduled for **on or after** January 1, 2001, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

November 8, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

NOV 08 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK