UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARPENTERS AND JOINERS WELFARE FUND ETAL

Plaintiff,

vs CV 00-188 RHK/SRN

LON MUSOLF FLOORING CO.,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 19,2000

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED DEC 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK